IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00054-CR

 

Tashawna Annette Vanhardenberg,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 52nd District Court

Coryell County, Texas

Trial Court No. FAM-07-18813

 



ORDER










 

            While researching to prepare a brief
on appeal, counsel for Tashawana Vanhardenberg discovered that the trial court
considered a presentence investigation report when determining Vanhardenberg’s
punishment.  The presentence investigation report is not a part of the record
on appeal.  Counsel has been informed that no presentence investigation report
exists in the court’s file.

            Vanhardenberg’s motion to abate is
granted.  This appeal is abated to the trial court to hold a hearing within 30
days of the date of this order to determine if the presentence investigation
report exists.  If it exists, the trial court clerk must include the
presentence investigation report in a supplemental the clerk’s record.  If the
presentence investigation report does not exist, the trial court must determine
if an accurate copy exists; and if so, order that copy to be included in a
supplemental clerk’s record.  Tex. R.
App. P. 34.5(e).  

            The trial court clerk must supplement
the clerk’s record with the findings of the trial court and the presentence
investigation report, or an accurate copy thereof, if either exists, within 21
days from the date of the hearing.

 

                                                                        PER
CURIAM

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Motion
granted

Appeal
abated

Order
issued and filed December 23, 2008

Do
not publish